UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CR450 JCH |
| | ) | |
| RICHARD BERRY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER NUNC PRO TUNC

**IT IS HEREBY ORDERED** that the word "parties" shall be substituted for the word "jury" in the second sentence (fifth line of order) of the order entered by the undersigned on August 24, 2007.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of August, 2007.